UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   05-CV-4871 (NG) (LB)
GERALD WASHINGTON,

                    **Plaintiff,**

                -against-                          **ORDER**

**DEPARTMENT OF THE ARMY,
BOARD FOR CORRECTION OF MILITARY
RECORDS; CARL W. CHUN, DIRECTOR,
ARMY BOARD FOR CORRECTION OF
MILITARY RECORDS,**

                  **Defendants.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      The court is in receipt of plaintiff's letter motion, dated December 15, 2005, seeking reconsideration of the court's December 9, 2005 order. Since plaintiff fails to identify any matters or controlling decisions overlooked by the court, his motion for reconsideration is denied. *See* Local Civil Rule 6.3.

                                                            **SO ORDERED.**

                                                             /S/
                                                    **NINA GERSHON
United States District Judge**

Dated: Brooklyn, New York
       December 19, 2005